Form 3A
(10/05)

# United States Bankruptcy Court

__Western__ District Of __Illinois__

In re ____ __Michael R. Linton__ ,    Case No. 07-72790
Debtor

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☐ With the filing of the petition, or
                          ☑ On or before __12/01/2007__

   $ __68.50__    on or before    __1/01/2008__

   $ __68.50__    on or before    __2/01/2008__

   $ __68.50__    on or before    __3/01/2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____    [signature]                      __11/12/2007__
Signature of Attorney      Date        Signature of Debtor              Date
                                       (In a joint case, both spouses must sign.)

_____
Name of Attorney                       _____  _____
                                       Signature of Joint Debtor (if any)  Date

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV 1 4 2007

KENNETH S. GARDNER, CLERK
BY _____
    DEPUTY CLERK

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____ Illinois _____

In re: Michael R Linton,
       Debtor

Case No. _____

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 68.50    Check one ☐ With the filing of the petition, or
                    ☐ On or before  12/01/07

$ 68.50    on or before   1/01/08

$ 68.50    on or before   2/01/08

$ 68.50    on or before   3/01/08

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court

Date: 11/14/07

_____
United States Bankruptcy Judge